

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00342-CV

Richard A. **RODRIGUEZ**,
Appellant

v.

**JPMORGAN CHASE BANK, N.A.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-12923
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant's brief was due to be filed on August 29, 2014. This court granted Appellant's first and second motions for extension of time to file the brief until October 29, 2014. On October 29, 2014, Appellant filed an unopposed third motion for extension of time to file the brief until November 28, 2014.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than December 1, 2014. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file the brief as ordered, the court may dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_____
Keith E. Hottle
Clerk of Court